**Alberto AYALA–QUEZADA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–74295.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2009.*

Filed May 26, 2009.

Alexander H. Lubarsky, Esq., Community Legal Centers, San Mateo, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, William C. Minick, Esq. Leslie McKay Fax DOJ–U.S. Department of Justice, Civil

Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, CANBY and BERZON, Circuit Judges.

MEMORANDUM **

Alberto Ayala–Quezada, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") summarily affirming an immigration judge's ("IJ") decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252, and we dismiss the petition for review.

We lack jurisdiction to review the IJ's dispositive determination that Ayala–Quezada's 1994 and 1998 convictions for violating Cal.Penal Code § 273.5 render him ineligible for cancellation of removal under 8 U.S.C. § 1229b(b)(1)(C). Ayala–Quezada, who was represented by counsel, failed to exhaust this issue before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 677 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.